# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION § § § §<br>_____<br>BYRL LANE, et al.,<br><br>     Plaintiffs-Appellees,<br><br>KRIS KLINGE and TRACEY COX KLINGE,<br><br>     Objectors-Appellants,<br><br>v.<br><br>LIFELOCK, INC., a Delaware corporation, and RICHARD TODD DAVIS,<br><br>     Defendants-Appellees | CASE NO. 10-17180<br><br><br><br><br><br>MOTION TO DISMISS APPEAL |

To The Honorable Appellate Judge:

    Comes Now Kris Klinge ("Appellant and Class Member") and Tracey Cox Klinge ("Appellant and Class Member") and asks the Court to dismiss the appeal of Kris Klinge and Tracey Cox Klinge and would show the Court the following:

## I.

The Appellants no longer desire to pursue this appeal

## II.

    For the reasons stated, Appellants Kris Klinge and Tracey Cox Klinge asks the Court to grant this Motion to Dismiss the Appeal in the above matter. Costs on appeal should be taxed against the party incurring same.

_____
**Motion to Dismiss Appeal, Page 1**

Respectfully submitted,

_____/S/ Thomas L. Cox, Jr._____
Thomas L. Cox, Jr.
4934 Tremont
Dallas, Texas 75214
(469) 531-3133
214-855-7878 (fax)
Email:  tcox009@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document will be served upon all registered USDC CM/ECF users on December 23, 2010.

_____/s/ Thomas L. Cox, Jr._____
Thomas L. Cox, J

_____
**Motion to Dismiss Appeal, Page 2**