FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 30 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION, <br><br> BYRL LANE; et al., <br><br>　　　　Plaintiffs - Appellees, <br><br> BILLY DANIELS, <br><br>　　　　Objector - Appellant, <br><br>　v. <br><br> LIFELOCK, INC., a Delaware corporation; et al., <br><br>　　　　Defendants - Appellees. | No. 10-17177 <br><br> D.C. No. 2:08-md-01977-MHM District of Arizona, Phoenix <br><br><br> ORDER |
| In re: LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION, <br><br> BYRL LANE; et al., <br><br>　　　　Plaintiffs - Appellees, <br><br> KRIS KLINGE and TRACEY COX KLINGE, | No. 10-17180 <br><br> D.C. No. 2:08-md-01977-MHM District of Arizona, Phoenix |

amt/Pro Mo 29Dec 2010

|  |  |
|---|---|
| Objectors - Appellants, <br><br> v. <br><br> LIFELOCK, INC., a Delaware corporation and RICHARD TODD DAVIS, <br><br> Defendants - Appellees. |  |
| In re: LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION, <br><br> BYRL LANE; et al., <br><br> Plaintiffs - Appellees, <br><br> JAMES E. PENTZ, <br><br> Objector - Appellant, <br><br> v. <br><br> LIFELOCK, INC., a Delaware corporation and RICHARD TODD DAVIS, <br><br> Defendants - Appellees. | No. 10-17318 <br><br> D.C. No. 2:08-md-01977-MHM <br> District of Arizona, <br> Phoenix |

The motion of Appellants Kris Kling and Tracey Cox Kling for voluntary dismissal of appeal no. 10-17180 under Federal Rule of Appellate Procedure 42(b)

amt/Pro Mo 29Dec 2010

is granted. It is ordered that appeal no. 10-17180 be dismissed. A copy of this order shall act as and for the mandate of this court.

The consolidated opening brief for nos. 10-17177 and 10-17318 remain due January 21, 2011.

                                              For the Court:
                                              MOLLY C. DWYER
                                              Clerk of the Court


                                              Alihandra M. Totor
                                              Deputy Clerk
                                              Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                                  and Ninth Circuit Rule 27-10

amt/Pro Mo 29Dec 2010